## IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIE D. SAMPSON,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 72742

FILED

JUN 09 2017



### *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a "motion to vacate emergency motion under rule 60(B)(3)." Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

Because no statute or court rule permits an appeal from the aforementioned order in a criminal matter, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Hon. Michelle Leavitt, District Judge
      Willie D. Sampson
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

17-19172